# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL KENYON,** | : | Civil No. 1:20-CV-1372 |
| **Plaintiff** | : | (Magistrate Judge Carlson) |
| v. | : | |
| **ANDREW M. SAUL**<br>**Commissioner of Social Security** | : | |
| **Defendant** | : | |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the plaintiff's request for a new administrative hearing is GRANTED, the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 19th day of May 2021.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge